

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 FEB 20 PM 2: 15

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JANE DOE,<br>using the name J.B.S.,<br><br>    Defendant. | 8:12MJ393<br><br>ORDER |

This matter is before the Court on the government's motion to dismiss (Filing No. ___). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Complaint, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's motion to dismiss (Filing No. ___) is granted.

DATED this 19th day of February, 2013.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge